IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00546-BNB

MEL BOMPREZZI,

     Applicant,

v.

DAVID ZUPAN, Warden, San Carlos, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER

---

     Respondents will be directed to file a Supplemental Pre-Answer Response that includes a state court docket of Mr. Bomprezzi's pending direct appeal and that identifies all filings by both Mr. Bomprezzi and the State in the appeal.  Respondents also are instructed to include supporting documentation if necessary to describe any of the docket entries.  Accordingly, it is

     ORDERED that **by July 6, 2012,** Respondents shall file a Supplemental Pre-Answer Response as instructed above.  It is

     FURTHER ORDERED that Applicant shall have until **July 20, 2012**, to file a Supplemental Reply if he desires.

     DATED June 22, 2012, at Denver, Colorado.

                           BY THE COURT:

                            s/ Boyd N. Boland           
                           United States Magistrate Judge